In the Matter of the Claim of EMMA ALTIERI, Respondent, against LORETTA F. MORRIS et al., Appellants. WORKMEN's COMPENSATION BOARD, Respondent.

Argued April 14, 1950; decided May 18, 1950.

*Charles P. Barre* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Gilbert M. Landy, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, ⌐ULD and FROESSEL, JJ.